UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, Plaintiff, v. NATIONAL PARK SERVICE, Defendant. | Civil Action No. 23-1150 (CKK) |

**ORDER**
(June 22, 2023)

This case comes before the Court upon the filing of Defendant's [6] Answer to Plaintiff's [1] Complaint. In light of this filing, it is this 22nd day of June, 2023, hereby

**ORDERED** that the parties shall MEET AND CONFER and file a Joint Status Report proposing a schedule for proceeding in this matter. The schedule should address the status of Plaintiff's FOIA request, the anticipated number of documents responsive to Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, etc. The parties shall file the schedule not later than **July 14, 2023**.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge