UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUB. EMP. FOR ENV'T RESPONSI-BILITY | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) | Civil Action No. 23-1150 (CKK) (ECF) |
| NAT'L PARK SERV., | ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Public Employees for Environmental Responsibility ("PEER") and the National Park Service ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report. In support hereof, the parties jointly proffer the following:

1. Plaintiff commenced this action purportedly under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), seeking records of communication between Defendant and certain enumerated individuals and "[a]ll threats of retaliation received from any state or local law enforcement in Eastern Missouri." *See* ECF No. 1 ¶ 12. Defendant filed an Answer, ECF No. 6, and the Court directed the parties to file a Joint Status Report today. *See* Minute Order entered on June 27, 2023.

2. Defendant will be releasing records requested in PEER request and complaint within seven days. The parties anticipate that PEER would then review the records and the parties may need to confer further.

.

    3.    Thus, the parties jointly request that the Court permit them to file another Joint Status Report no later than August 15, 2023.

Wherefore, the parties respectfully request that the Court adopt their proposal to file another Joint Status Report no later than the stated date. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

July 14, 2023                                        Respectfully submitted,

Monica I. Mercola
Staff Counsel
Public Employees for Environmental Responsibility
962 Wayne Avenue, Suite 610
Silver Spring, MD 20910-4453
(202) 265-4187
mmercola@peer.org
D.C. BAR NO. NY0513

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-DC
601 D Street, N.W. B Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

*Counsel for Defendant*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUB. EMP. FOR ENV'T RESPONSI-BILITY<br><br>Plaintiff<br><br>v.<br><br>ENV'T PROTECTION AGENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 23-0935 (CRC)<br>)   (ECF)<br>)<br>)<br>)<br>)<br>) |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the parties' joint proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties shall file another Joint Status Report no later than August 15, 2023.

HON. COLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

3